**Ollie M. HOLLMAN, Appellant,**

v.

**TEAMSTERS LOCAL 682, Appellee.**

No. 09–2622.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 7, 2010.

Filed: April 13, 2010.

Ollie M. Hollman, St. Louis, MO, pro se.

Gary Scott Wolfe, Spector & Wolfe, Kirkwood, MO, for Appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Ollie M. Hollman appeals the district court's[1] grant of Teamsters Local 682's motion for summary judgment. Having carefully reviewed the record de novo, *see Gordon v. Shafer Contracting Co.,* 469 F.3d 1191, 1194 (8th Cir.2006), we find no basis for reversal. Accordingly, we affirm the district court's judgment. *See* 8th Cir. R. 47B. We also grant appellee's motion to strike appellant's addendum, and we deny appellant's motion to file an affidavit.

[1]. The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.